**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SHANE TURNER,

      Plaintiff,                             Case No.: 1:26-cv-04554

v.                                   Judge Virginia M. Kendall

THE PARTNERSHIPS AND              Magistrate Judge Daniel P. McLaughlin
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**
**AGAINST THE DEFENDANTS IDENTIFIED IN SCHEDULE A**

Plaintiff hereby moves this Honorable Court for entry of Default and Default Judgment

against the Defendants Identified in Schedule A.

Plaintiff files herewith a Memorandum of Law in support.

DATED: June 4, 2026                    Respectfully submitted,

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt
                                        FL Bar No. 1036084 / IL Bar No. 6207971
                                        Keith A. Vogt PLLC
                                        1820 NE 163rd Street, Suite #306
                                        North Miami Beach, Florida 33162
                                        Telephone: 312-971-6752
                                        Email: keith@vogtip.com

                                        ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.