**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SHANE TURNER,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-04554

Judge Virginia M. Kendall

Magistrate Judge Daniel P. McLaughlin

**<u>DECLARATION OF SHANE TURNER</u>**

I, SHANE TURNER, declare and state as follows:

1.      This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.      I am the artist that creates the Shane Turner Works. I make this declaration from matters within my knowledge save where otherwise stated.

3.      I am an artist. I began my career as a self-taught artist, having been interested in art and drawing my whole life. I returned to school in 2010 to earn a Bachelor of Fine Art in art history and studio arts. My artwork is influenced by the many things that inspire me, such as comic books, graffiti, photography, and surrealist artists. My work attempts to explore different ways of seeing the world, and often the female figure. The use of color and contrast attract the viewer, while the surrealism of the painting allows my audience to view traditional content in a more modern, less typical way.

1

4. I am the official source of products associated with the Shane Turner Works (the "Shane Turner Products"):



https://www.shaneturnerart.com/artwork

5. I am the owner of the copyright registrations for the Shane Turner copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-453-083; VA 2-453-102; VA 2-453-073; VA 2-453-074; VA 2-453-087; and VA 2-453-085 (the "Shane Turner Works").

6. The success of the Shane Turner Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint

2

("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Shane Turner Works to consumers in this judicial district and throughout the United States.

7. I am aware of investigations related to internet-based infringement of the Shane Turner Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Shane Turner Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Shane Turner Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

8. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9. My goodwill and reputation are irreparably damaged when the Shane Turner Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Shane Turner copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Shane Turner Works and derivative works.

10. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Shane Turner Works are meant to be exclusive rights.

11. The marketing and distribution of the Shane Turner Works and derivative works are aimed at growing and sustaining sales. When infringers use the Shane Turner Works without authorization, the exclusivity associated with the Shane Turner Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

12. Uncontrolled profiteering and pirating of the Shane Turner Works create the impression that the copyright rights associated with the Shane Turner Works may be infringed with impunity. The Shane Turner Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Shane Turner Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Shane Turner Works cannot be compensated for financially since it erodes my ability to monetize the Shane Turner Works.

13. I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2026.

_Shane Turner_
_____
Shane Turner

4