**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SHANE TURNER,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-04554

Judge Virginia M. Kendall

Magistrate Judge Daniel P. McLaughlin

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, June 11, 2026, at 9:30 a.m., Plaintiff, by

Plaintiff's counsel, shall appear in-person before the Honorable Judge Virginia M. Kendall for the

U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of

Default and Default Judgment against the Defendants identified in Schedule A.

DATED: June 4, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com
***ATTORNEY FOR PLAINTIFF***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2026, I will file the foregoing with the Clerk of the Court using the CM/ECF system, electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendant by third parties that includes a link to said website.

*/s/ Keith A. Vogt*
Keith A. Vogt

2