**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Shane Turner

                                                    Plaintiff,

v.                                                                  Case No.:
                                                                    1:26–cv–04554

                                                                    Honorable Virginia M.
                                                                    Kendall

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

        MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 6/16/2026. Plaintiff's Motion for Default and Default Judgment [21] is granted. Enter Order of Default as to Defendants identified in Schedule A. Final Judgment Order to follow. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.